JOSEPHINE ODOM BOYD, Plaintiff-Appellee, *v.* JIMMIE SMITH *et al.*, Defendants-Appellants.

(No. 56979; )

First District (1st Division)—May 21, 1973.

PER CURIAM.

GOLDBERG, J., took no part.

John L. Martin and James L. Tuohy, of Tuohy and Martin, of Chicago, for appellants.

Seymour Ogden, of Chicago, (Levin & Novoselsky, of counsel,) for appellee.